Michael Connett (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (772) 783-8436
mconnett@sirillp.com

Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
ssingh@sirillp.com



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.F.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JWS AMERICA, INC. D/B/A LIVEJASMIN**,<br><br>Defendant. | Case No. 5:25-cv-05492<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff L.F., by and through her undersigned counsel of record, hereby dismiss all claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

Dated: September 24, 2025

Respectfully submitted,

/s/ Michael Connett
Michael Connett (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (772) 783-8436
mconnett@sirillp.com

Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
ssingh@sirillp.com

*pro hac vice admission anticipated